# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00914-001-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | (First Request) |
| Francisco Javier Osorio, Jr., et al., | |
| Defendants. | |

Upon motion of Defendant Francisco Javier Osorio, Jr., Defendant Emilio Roman Lechuga having joined, no objection by the Government, and good cause appearing,

IT IS ORDERED granting Defendant's Motion to Continue Trial and Pretrial Deadlines (Doc. 15) for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS FURTHER ORDERED continuing the trial date from January 13, 2026, to **April 14, 2026, at 9:00 a.m.**, in Phoenix, Arizona, and continuing the pretrial motion deadline until **March 6, 2026**. **This order applies to both Defendants.**

IT IS FURTHER ORDERED that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) from January 14, 2026, to April 14, 2026.

Dated this 11th day of December, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge